IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY V. REMMERT, )
        Petitioner, ) No. C 17-3856 CRB (PR)
   vs. ) ORDER OF DISMISSAL
CARLOS BOLANOS, Sherriff, ) (ECF Nos. 3 & 13)
        Respondent. )

        Petitioner Shirley V. Remmet, a detainee at the San Mateo County Jail awaiting sentencing after a state superior court jury found her guilty of theft/ embezzlement of an elder or dependent person by a caretaker and related offenses, has filed a pro se petition for a writ of habeas corpus challenging the state criminal proceedings against her. She also seeks leave to proceed in forma pauperis (IFP) and appointment of counsel.

        Petitioner may challenge her pre-sentence detention on state criminal charges by way of a petition for a writ of habeas corpus under 28 U.S.C. § 2241. But principles of comity and federalism require that this court abstain and not entertain any such pre-sentence habeas challenge unless petitioner shows that: (1) she has exhausted available state judicial remedies, and (2) "special circumstances" warrant federal intervention. Carden v. Montana, 626 F.2d 82, 83-84 (9th Cir. 1980). Only in cases of proven harassment or prosecutions undertaken by state officials in bad faith without hope of obtaining a valid

conviction and perhaps in other special circumstances where irreparable injury can be shown is federal injunctive relief against ongoing state prosecutions appropriate. Id. at 84 (citing Perez v. Ledesma, 401 U.S. 82, 85 (1971)). Petitioner makes no such showing of "special circumstances" warranting federal intervention. See id. The petition for a writ of habeas corpus accordingly is DISMISSED without prejudice to refiling after state criminal proceedings, including sentencing and appeal, are completed.

Based solely on her affidavit of poverty, petitioner's request to proceed IFP (ECF No. 13) is granted. But her request for appointment of counsel (ECF No. 3) is denied as moot.

SO ORDERED.

DATED: August 16, 2017

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.17\Remmert, S.17-3856.dismissal.wpd